IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONAS ROBERT,<br>      Plaintiff<br><br>v.<br><br>DR. ZALOGA and<br>JANINE DONATE,<br>      Defendants | :<br>:<br>:   CIVIL No. 4:10-CV-02303<br>:<br>:   (Chief Judge Kane)<br>:<br>:<br>:   (Magistrate Judge Smyser)<br>: |

## ORDER

Before the Court in the above-captioned action is a January 28, 2011 report and recommendation of Magistrate Judge Smyser. No timely objections have been filed.

**ACCORDINGLY**, on this 8th day of March 2011, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Magistrate Judge Smyser (Doc. No. 18) is **ADOPTED**.

2. Plaintiff's claims against Defendant Donate are **DISMISSED**.

3. The matter is **REMANDED** to Magistrate Judge Smyser.

                                                  S/ Yvette Kane
                                                  Yvette Kane, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania